UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :     INDICTMENT

   - v. -                      :     07 CRIM 801

KENNETH WINSTON,              :

          Defendant.        :

- - - - - - - - - - - - - - - - x

COUNT ONE

    The Grand Jury charges:

    1.   In or about May 2007, in the Southern District of New York and elsewhere, KENNETH WINSTON, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

    2.   It was a part and an object of such conspiracy that KENNETH WINSTON, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 3 2007

<u>OVERT ACT</u>

3.   In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

a.   On or about May 7, 2007, KENNETH WINSTON, the defendant, possessed cocaine in the Bronx, New York.

(Title 21, United States Code, Section 846.)

_____  
FOREPERSON

*Michael J. Garcia*  
_____  
MICHAEL J. GARCIA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v -

KENNETH WINSTON,

Defendant.

---

INDICTMENT

07 Cr.

(21 U.S.C. § 846)

MICHAEL J. GARCIA
United States Attorney.

*[signature]* Foreperson

*Filed indictment. Case assigned to Judge Berman.*
*— Francis, J.*
*SRM 8/23/07*