# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

**MEMO ENDORSED**

Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street - Suite 650
New York, NY 10007

February 4, 2008

> Application is granted. The sentencing is adjourned to 4-17-08 at 9:00am. Defense submissions, if any, are due 4-3-08. Gov't response, if any, is due 4-10-08.
>
> SO ORDERED:
> Date: 2-5-08
> Richard M. Berman, U.S.D.J.

Re:   United States v. Kenneth Winston
      07 Cr. 801 (RMB)

Dear Judge Berman:

    I write to request an adjournment of the sentencing in the above-captioned case. I have not yet received the first draft of the pre-sentence report. For this reason, I request an adjournment of the sentencing until April 17, 2008 at 9:00 a.m.



Respectfully,

Jennifer Brown
Attorney for **Kenneth Winston**
Tel. (212) 417-8722

JLB/kj

cc:   Jeffrey Brown, Esq.
      Assistant United States Attorney

      Kenneth Winston
      Metropolitan Correctional Center
      Reg. No. 70335-054

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-08